Case 4:26-cr-00087   Document 1   Filed 02/24/26 in TXSD   Page 1 of 1

United States Courts
Southern District of Texas
FILED

*February 24, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **JORDAN MICHAEL GASSAWAY**, | Case No. | **4:26-cr-087** |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about February 14, 2025, in the Southern District of Texas, the Defendant

**JORDAN MICHAEL GASSAWAY,**

defendant herein, did knowingly escape from a United States Bureau of Prisons Residential Reentry Center wherein he was held by virtue of his conviction for a felony offense, to wit, Title 21, United States Code, Sections 841(a)(1) and (841(b)(1)(A), in United States v. JORDAN MICHAEL GASSAWAY, case number 4:20-cr-444, all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

Original Signature on File
_____
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
United States Attorney

*Amanda R. Alum*
AMANDA R. ALUM
Assistant United States Attorney
Southern District of Texas
(713) 567-9000