**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **Criminal No.  4:26-CR-087** |
| | § | |
| **JORDAN MICHAEL GASSAWAY,** | § | |
| | § | |
| **Defendant.** | § | |

## SUPERSEDING INFORMATION

### Count One

On or about February 14, 2025, in the Southern District of Texas, the Defendant

**JORDAN MICHAEL GASSAWAY,**

defendant herein, did knowingly escape from a United States Bureau of Prisons Residential Reentry Center

wherein he was held by virtue of his conviction for a felony offense, to wit, Title 18, United States Code,

Sections 922(g)(1) and 924(a)(2), in United States v. JORDAN MICHAEL GASSAWAY, case number 4:20-

cr-444, all in violation of Title 18, United States Code, Section 751(a).

JOHN G.E. MARCK
Acting United States Attorney

By:  _____
Amanda R. Alum
Assistant United States Attorney
713-567-9000