AO 455 (Rev. 1/09)  Waver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern                    **DISTRICT OF**                    Texas

United States of America )
                    v.           )       Case No:    4:26-CR-087
                                      )
                                      )
                                      )
                                      )
Jordan Michael Gassaway  )
                                      )
                                      )

## WAIVER OF INDICTMENT

 I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.   I was advised in open court of my rights and the nature of the proposed charges against me.

 After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

              _____
                 *Defendant's signature*

              _____
              *Signature of defendant's attorney*

              _____
              *Printed name of defendant's attorney*

              _____
              *Judge's signature*

              _____
              *Judge's printed name and title*